CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
FEB 21 2014
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LORENZO GERALD FEREBEE,<br>Plaintiff, | Civil Action No. 7:13-cv-00508 |
| v. | **ORDER** |
| COMMONWEALTH OF VIRGINIA, <u>et al.</u>,<br>Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 21st day of February, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge